IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KENYON L. COLEMAN,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-1626-L** |
| | § | |
| **CITY OF DALLAS, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Plaintiff Kenyon L. Coleman's ("Plaintiff") *pro se* Complaint, filed May 11, 2015. The case was referred to Magistrate Judge Paul D. Stickney for pretrial management, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 18, 2015, recommending that the court *sua sponte* dismiss without prejudice for failure to prosecute or failure to comply with the federal rules or any court order. No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. On August 20, 2015, Plaintiff was sent a United States Magistrate Judge's Questionnaire so the court could obtain more information about his claims. Plaintiff was informed that failure to return the Questionnaire within thirty days could result in a recommendation to dismiss his claim. More than thirty days have elapsed, and Plaintiff has failed to submit the Questionnaire in violation of the court's order. Accordingly, the court *sua sponte* **dismisses without prejudice** Plaintiff's claim for want of prosecution and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 30th day of December, 2015.

                                                Sam A. Lindsay
                                                United States District Judge